| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jasmine Firooz<br>1605 W. Olympic Blvd. Suite 9021<br>Los Angeles, CA 90015<br>Tel. 213-251-8568 Fax: 213-251-8570<br>CSB# 166508 CA<br>jasminefirooz@gmail.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>James Byungkook Bae<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: January 29, 2025        James Byungkook Bae        /s/ James Byungkook Bae
                              Printed name of Debtor 1    Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 1                        F 1002-1.EMP.INCOME.DEC